1054

[No. 31329-4-II.   Division Two.   December 28, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNA LYNN SEARS, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-01083-6, Jill Johanson, J., entered January 20, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Armstrong, J.

[No. 21866-0-III.   Division Three.   December 28, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS BRYAN BUNN, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00010-3, Dennis D. Yule, J., entered February 5, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 22003-6-III.   Division Three.   December 28, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LAMARK A. WALKER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01963-4, Linda G. Tompkins, J., entered March 31, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.

[No. 22376-1-III.   Division Three.   December 30, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY DALE HUTT, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 03-1-00201-4, John M. Antosz, J., entered September 2, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Kurtz, J.